1  EUGENE R. ORECK, SBN 67040
   ORECK & ORECK
2  1939 Harrison St., Suite 320
   Oakland, CA 94612-3532
3  Telephone:  (510) 444-1555
   Facsimile:   (510) 836-3136
4

5
   Attorneys for Plaintiff
6  ZAREEN HUSSAIN

7
                SUPERIOR COURT OF CALIFORNIA
8
          COUNTY OF SANTA CLARA, LIMITED JURISDICTION
9

10

11 ZAREEN HUSSAIN,                )
                                  )
12           Plaintiff,            )    NO. RG07-333685
                                  )
13       v.                        )
                                  )
14 FEDERAL EXPRES CORPORATION,    )    PLAINTIFF'S STATEMENT
   FEDEX KINKO'S OFFICE AND PRINT )    OF DAMAGES
15 SERVICES, INC., DOES 1 TO 30,  )
                                  )
16                                )
             Defendants.          )
17 _____)

18

19       Plaintiff Zareen Hussain hereby claims damages as a result of the incident
20 complained of herein as follows:

21       1.   Wage loss to date:         $67,319.78

22       2.   Future wage loss:          $800.00 per month

23       3.   Loss of medical insurance: $500.00 per month

24       4.   General damages:           $500,000.00

25       5.   ~~Exemplary and punitive damages:   according to proof~~

26       6.   Prejudgment interest on all damages:  according to proof

27       5.   Attorney's fees:           according to proof

28                                    1

PLAINTIFF'S STATEMENT OF DAMAGES

Exhibit ___C___, Page ___30___

| | | |
|---|---|---|
| 7. | Costs of suit: | according to proof. |

DATED: September 26, 2007.

ORECK & ORECK

*Eugene Oreck* /sv
By: EUGENE R. ORECK
Attorney for Plaintiff
ZAREEN HUSSAIN

2

PLAINTIFF'S STATEMENT OF DAMAGES

Exhibit  C , Page  31