COPY

1  HOWARD L. MAGEE, State Bar No. 185199
   howard.magee@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   633 West Fifth Street, 53rd Floor
4  Los Angeles, California 90071
   Telephone:    (213) 239-9800
5  Facsimile:    (213) 239-9045

6  Attorneys for Defendant
   FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | ZAREEN HUSSAIN,                            | Case No. CV 07 6023
12 |        Plaintiff,                          |
                                                 | (Alameda County Superior Court, Case No.
13 | v.                                         | RG07333685)
14 | FEDERAL EXPRESS CORPORATION,               | **DEFENDANT FEDEX KINKO'S OFFICE
   | FEDEX KINKO'S OFFICE AND PRINT             | AND PRINT SERVICES, INC.'S NOTICE
15 | SERVICES, INC., DOES 1 TO 30,              | OF RELATED CASES PURSUANT TO
                                                 | LOCAL RULE 3-12**
16 |        Defendants.                         |

17

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

5347659_1.DOC

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Local Rule 3-12 of this Court, the undersigned, counsel of record for Defendant FedEx Kinko's Office and Print Services, Inc. ("Defendant"), certifies that Defendant is aware of no cases that arise from the same events as the instant action, involve the same issues of fact and law, or are likely to require substantial duplication of labor if heard by different judges.

DATED: November 27, 2007

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Howard L. Magee
Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.