COPY
ORIGINAL FILED
07 NOV 28 PM 5:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing
JCS

HOWARD L. MAGEE, State Bar No. 185199
howard.magee@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZAREEN HUSSAIN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., DOES 1 TO 30,<br><br>Defendants. | CV Case No. 07 6023<br><br>(Alameda County Superior Court, Case No. RG07333685)<br><br>**DEFENDANT FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

///

///

///

///

///

///

///

///

///

///



**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to United States District Court for the Northern District of California Local Rule 3-16, Defendant FedEx Kinko's Office and Print Services, Inc. ("Defendant") provides the following Certification of Interested Entities or Persons. The undersigned counsel of record for Defendant certifies that the following parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Defendant FedEx Kinko's Office and Print Services, Inc.;
2. Ogletree, Deakins, Nash, Smoak & Stewart, P.C.;
3. Defendant Federal Express Corporation;
4. Zareen Hussain; and
5. The Law Offices of Oreck & Oreck.

DATED: November 27, 2007

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: ______________________
Howard L. Magee
Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

5354542_1.DOC