COPY

ORIGINAL FILED
07 NOV 28 PM 5: 02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1  HOWARD L. MAGEE, State Bar No. 185199
   howard.magee@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   633 West Fifth Street, 53rd Floor
4  Los Angeles, California 90071
   Telephone:   (213) 239-9800
5  Facsimile:   (213) 239-9045

6  Attorneys for Defendant
   FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 ZAREEN HUSSAIN,                        Case No. CV 07 6023 JCS

12         Plaintiff,                     (Alameda County Superior Court, Case No.
                                          RG07333685)
13 v.
                                          **DEFENDANT FEDEX KINKO'S OFFICE
14 FEDERAL EXPRESS CORPORATION,           AND PRINT SERVICES, INC.'S
   FEDEX KINKO'S OFFICE AND PRINT         DISCLOSURE STATEMENT PURSUANT
15 SERVICES, INC., DOES 1 TO 30,          TO FEDERAL RULE OF CIVIL
                                          PROCEDURE 7.1**
16         Defendants.

17

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

5347680_1.DOC

DEFENDANT FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.'S
DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

The undersigned counsel of record for Defendant FedEx Kinko's Office and Print Services, Inc. ("Defendant"), certifies that Federal Express Corporation is Defendant's parent corporation, and that there is no publicly held corporation that owns ten percent or more of Defendant's stock.

DATED: Novmeber 27, 2007

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _____
Howard L. Magee
Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

1

DEFENDANT FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.'S
DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

5347680_1.DOC