```
 1 │ SANDRA C. ISOM; State Bar No.: 157374
   │ scisom@fedex.com
 2 │ FEDERAL EXPRESS CORPORATION
   │ 3620 Hack Cross Road, Bldg. B, 3rd Floor
 3 │ Memphis, Tennessee 38125
   │ Telephone:    (901) 434-8526
 4 │ Facsimile:    (901) 434-9271
   │
 5 │ California office:
   │ 2601 Main Street, Suite 340
 6 │ Irvine, California 92614
   │ Telephone:    (949) 862-4638
 7 │ Facsimile:    (949) 862-4605
   │
 8 │ Attorneys for Defendant
   │ FEDERAL EXPRESS CORPORATION
 9 │
   │                        UNITED STATES DISTRICT COURT
10 │
11 │                       NORTHERN DISTRICT OF CALIFORNIA
12 │
13 │ ZAREEN HUSSAIN,                          Case No. CV 07 6023 JCS
14 │         Plaintiff,                       DEFENDANT FEDERAL EXPRESS
   │                                          CORPORATION'S JOINDER IN NOTICE OF
15 │ v.                                       REMOVAL OF ACTION
16 │ FEDERAL EXPRESS CORPORATION, FEDEX
   │ KINKO'S OFFICE AND PRINT SERVICES, INC.,
17 │ DOES 1 TO 30,
18 │         Defendants.
19 │
20 │ ///
21 │ ///
22 │ ///
23 │ ///
24 │ ///
25 │ ///
26 │ ///
27 │ ///
28 │ ///
```

E-filing

ORIGINAL FILED
07 NOV 28 PM 5:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice of Joinder
by FedEx Corp. (2)

DEFENDANT FEDERAL EXPRESS CORPORATION'S JOINDER IN NOTICE OF REMOVAL OF ACTION

Defendant Federal Express Corporation hereby joins in Defendant FedEx Kinko's Office and Print Services, Inc.'s Notice of Removal to this Court of the state court action described in said Notice of Removal (filed by Defendant FedEx Kinko's Office and Print Services, Inc. on November 28, 2007).

DATED: November 27, 2007

Respectfully submitted,

By: _____
Sandra C. Isom
Attorneys for Defendant
FEDERAL EXPRESS CORPORATION