1  SANDRA C. ISOM, State Bar No. 157374
   scisom@fedex.com
2  **FEDERAL EXPRESS CORPORATION**
   3620 Hack Cross Road, Bldg. B. 3rd Floor
3  Memphis, Tennessee 38125
   Telephone:    (901) 434-8526
4  Facsimile:    (901) 434-9271

5  California office:
   2601 Main Street, Suite 340
6  Irvine California 92614
   Telephone:    (949) 862-4638
7  Facsimile:    (949) 862-4605

8  Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION

9

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12

13  ZAREEN HUSSAIN,                     Case No.

14            Plaintiff,                (Alameda County Superior Court, Case No.
                                        RG07333685)
15  v.
                                        **NOTICE OF PENDENCY OF OTHER ACTION OR
16  FEDERAL EXPRESS CORPORATION, FEDEX  PROCEEDING**
    KINKO'S OFFICE AND PRINT SERVICES, INC.,
17  DOES 1 TO 30,

18            Defendants.

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28



1        Pursuant to United States District Court for the Northern District of California Local Rule 3-13, counsel for

2 Defendant Federal Express Corporation (hereinafter referred to as "Defendant") hereby avers that:

3        1.     To Defendant's knowledge, no action previously filed or currently pending in the Northern District

4 appears to arise from the same or closely related transaction, happening, or event as in the pending lawsuit of Zareen

5 Hussain (hereinafter referred to as "Plaintiff");

6        2.     To Defendant's knowledge, no action previously filed or currently pending in the Northern District

7 appears to call for determination of the same or substantially related questions of law and fact as Plaintiff's pending

8 lawsuit;

9        3.     To Defendant's knowledge, no action previously filed or currently pending in the Northern District

10 appears likely to entail substantial duplication of labor if heard by a different judge as Plaintiff's lawsuit; and

11        4.     Plaintiff's pending lawsuit does not involve issues of patent, trademark, or copyright.

12

13 DATED: November ___, 2007                  Respectfully submitted

14

15                                        By: _____

16                                            Sandra C. Isom

16                                   Attorneys for Defendant

17                                   FEDERAL EXPRESS CORPORATION

18

19

20

21

22

23

24

25

26

27

28