```
 1 | SANDRA C. ISOM, State Bar No. 157374
   | scisom@fedex.com
 2 | FEDERAL EXPRESS CORPORATION
   | 3620 Hack Cross Road, Bldg. B. 3rd Floor
 3 | Memphis, Tenneessee 38125
   | Telephone:    (901) 434-8526
 4 | Facsimile:    (901) 434-9271
   |
 5 | California office:
   | 2601 Main Street, Suite 340
 6 | Irvine California 92614
   | Telephone:    (949) 862-4638
 7 | Facsimile:    (949) 862-4605
   |
 8 | Attorneys for Defendant
   | FEDERAL EXPRESS CORPORATION
 9 |
```

**E-filing**

ORIGINAL FILED
07 NOV 28 PM 5:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAREEN HUSSAIN, | Case No. CV 07 6023 |
| Plaintiff, | (Alameda County Superior Court, Case No. RG07333685) |
| v. | |
| FEDERAL EXPRESS CORPORATION, FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., DOES 1 TO 30, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| Defendants. | |

FAXED

///
///
///
///
///
///
///
///

(FedEx Corp)
Certificate of

1. Pursuant to United States District Court for the Northern District of California Local Rule 3-16, Defendant Federal Express Corporation (hereinafter referred to as "Defendant") provides the following Certification of Interested Entities or Persons. The undersigned counsel of record for Federal Express Corporation certifies that the following parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Defendant Federal Express Corporation;
2. Defendant FedEx Kinko's Office and Print Services, Inc.;
3. Zareen Hussain; and
4. The Law Offices of Oreck & Oreck.

DATED: November ___, 2007

Respectfully submitted

By: _____
Sandra C. Isom
Attorneys for Defendant
FEDERAL EXPRESS CORPORATION