1  SANDRA C. ISOM, State Bar No. 157374
   scisom@fedex.com
2  **FEDERAL EXPRESS CORPORATION**
   3620 Hack Cross Road, Bldg. B. 3rd Floor
3  Memphis, Tenneessee 38125
   Telephone:    (901) 434-8526
4  Facsimile:    (901) 434-9271

5  California office:
   2601 Main Street, Suite 340
6  Irvine California 92614
   Telephone:    (949) 862-4638
7  Facsimile:    (949) 862-4605

8  Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION

9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  ZAREEN HUSSAIN,                              Case No. CV 07 6023

14          Plaintiff,                           (Alameda County Superior Court, Case No.
                                                 RG07333685)
15  v.
                                                 **DISCLOSURE STATEMENT PURSUANT TO**
16  FEDERAL EXPRESS CORPORATION, FEDEX           **FEDERAL RULE OF CIVIL PROCEDURE 7.1**
    KINKO'S OFFICE AND PRINT SERVICES, INC.,
17  DOES 1 TO 30,

18          Defendants.

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure, Rule 7.1, the undersigned counsel of record for Defendant Federal Express Corporation ("Defendant"), certifies that FedEx Corporation is Defendant's parent corporation, and that Defendant is a wholly owned subsidiary of FedEx Corporation.

DATED: Novmeber 28, 2007

Respectfully submitted

By: _____
Sandra C. Isom
Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

---

1

DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1