1  HOWARD L. MAGEE, State Bar No. 185199
   howard.magee@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   633 West Fifth Street, 53rd Floor
4  Los Angeles, California 90071
   Telephone:   (213) 239-9800
5  Facsimile:   (213) 239-9045

6  Attorneys for Defendant
   FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  ZAREEN HUSSAIN,                          Case No. 3:07-CV-06023-JCS

12              Plaintiff,                   **CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13        v.

14  FEDERAL EXPRESS CORPORATION,
    FEDEX KINKO'S OFFICE AND PRINT
15  SERVICES INC., DOES 1 TO 30,             Trial Date:   None

16              Defendants.

17

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

CASE NO. 3:07-CV-06023-JCST
CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

5360251_1.DOC

**CERTIFICATE OF SERVICE**
*Hussain v. Federal Express Corporation, et al.*
*Case No. 3:07-CV-6023 JCS*

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles in the office of a member of the bar of this court at whose direction the service was made. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

On November 29, 2007, I served a copy of the following document(s):

SEE ATTACHED **LIST OF DOCUMENTS SERVED**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached mailing list.

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY COURTESY FACSIMILE** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐   the written confirmation of counsel in this action:

☐   [State Court motion, opposition or reply only] in accordance with Code of Civil Procedure section 1005(b):

☒   [Federal Court] in accordance with the written confirmation of counsel in this action and order of the court:

Eugene R. Oreck, Esq.                            Counsel for Zareen Hussain
Oreck & Oreck
1939 Harrison St., Suite 320
Oakland, CA  94612-3532

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on November 29, 2007, at Los Angeles, California.

Executed on November 29, 2007, at Los Angeles, California.

Leticia Rivera                                      /s/ Leticia Rivera
      Type or Print Name                                  Signature

1   CASE NO. 3:07-CV-06023-JCST
CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**LIST OF DOCUMENTS SERVED**

1. CIVIL COVER SHEET (FedEx Kinko's Office and Print Services, Inc.)
2. Notice of Removal of Civil Action to Federal Court by Defendant FedEx Kinko's Office and Print Services, Inc.
3. Defendant FedEx Kinko's Office and Print Services, Inc.'s Certification of Interested Entities or Persons
4. Defendant FedEx Kinko's Office and Print Services, Inc.'s Notice of Related Cases Pursuant to Local Rule 3-12
5. Defendant FedEx Kinko's Office and Print Services, Inc.'s Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1
6. Notice of Assignment of Case To A United States Magistrate Judge for Trial
7. ECF Registration Information Handout
8. Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement
9. Standing Order
10. Case Management Conference Order [All Cases]
11. Order Setting Initial Case Management Conference and ADR Deadlines
12. CIVIL COVER SHEET (Federal Express Corporation)
13. Defendant Federal Express Corporation's Joinder in Notice of Removal of Action
14. Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1
15. Notice of Pendency of Other Action or Proceeding
16. Certification of Interested Entities or Persons
17. Certificate of Service of Notice of Removal of Action to the United States District Court for the Northern District Of California