Eugene R. Oreck (SBN 67040)
ORECK & ORECK
1939 Harrison Street, Suite 320
Oakland, California 94612-4712
(510) 444-1555

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAREEN HUSSAIN | CASE NUMBER: C 07-06023 JCS |
| Plaintiff(s) v. FEDERAL EXPRESS CORPORATION; FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., DOES 1 TO 30 Defendant(s) | NOTICE OF DISMISSAL BY PLAINTIFF Rule 41(a)(1) F.R.Civ.P. |

**PLEASE TAKE NOTICE:**

[ ] The above-entitled action is

or

[X] Defendant(s) FEDERAL EXPRESS CORPORATION is the entity

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice.

Dated: December 4, 2007

Plaintiff / Attorney for Plaintiff
Eugene R. Oreck, Esq.

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.