UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAREEN HUSSAIN<br><br>        Plaintiff(s),<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, et al.<br><br>        Defendant(s). | No.  C 07-06023 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 20, 2007

OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C.

Signature  Gregory C. Cheng

Counsel for  Defendant FedEx Kinko's etc.
(Plaintiff, Defendant or indicate "pro se")

NDC-07

**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

    On December 20, 2007, I served the following document(s) described as:

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

on the persons below as follows:

Eugene R. Oreck, Esq.                  Counsel for Zareen Hussain
Oreck & Oreck
1939 Harrison St., Suite 320
Oakland, CA 94612-3532

    I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐     deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒     placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

    I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐    (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 20, 2007, at Los Angeles, California.

Leticia Rivera                                                   /s/ Leticia Rivera
Type Name                                                       Signature

\* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)

1.