# ORECK & ORECK

## ATTORNEYS AT LAW

EUGENE R. ORECK             R. SHELLI ORECK*

1939 Harrison St., Suite 320
Oakland, CA 94612-3532
Telephone:(510) 444-1555
Facsimile:(510) 836-3136
orecklaw@sbcglobal.net

February 21, 2008

GREGORY C. CHENG, ESQ
1-213-239-9045

Re: Hussain v. Federal Express/Kinko's

Dear Mr. Cheng:

Attached is the executed Stipulation and [proposed] Order Selecting ADR Process.

Very truly yours,

Eugene Oreck

* Retired from practice

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ZAREEN HUSSAIN

                  Plaintiff(s),

v.

FEDERAL EXPRESS CORPORATION, FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., and DOES 1 TO 30,
                  Defendant(s).

CASE NO. C 07-06023 JCS

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R . 3-5)*

**Private Process:**
- [X] Private ADR *(please identify process and provider)* Mediation using Barry Winogard

The parties agree to hold the ADR session by:
- [X] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: 2/21/08

                        Attorney for Plaintiff
                        Zareen Hussain

Dated: 2/21/08

                        Attorney for Defendant
                        FedEx Kinko's Office and Print Services, Inc.

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [ ] Private ADR

Deadline for ADR session

- [ ] 90 days from the date of this order.
- [ ] other _____

IT IS SO ORDERED.

Dated: _____

_____
Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE