# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

February 25, 2008

**SECOND NOTICE**

Eugene R. Oreck
Oreck & Oreck
1939 Harrison Street, Suite 320
Oakland, CA 94612-4712

**Re:   ZAREEN HUSSAIN  v. FEDERAL EXPRESS CORP**
C07-06023 (JCS)

Dear Counsel:

   This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

   The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

   A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **March 10, 2008.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                              Sincerely,

                              RICHARD W. WIEKING

                              By: Karen L.Hom
                                  Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAREEN HUSSAIN,<br><br>   Plaintiff(s),<br><br> v.<br><br>FEDERAL EXPRESS CORP,<br><br>   Defendant(s).<br>_____/ | No. C 07-06023 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

 In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____    _____
                          Signature

                          Counsel for _____
                          (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAREEN HUSSAIN,<br><br>        Plaintiff(s),<br><br>  v.<br><br>FEDERAL EXPRESS CORP,<br><br>        Defendant(s).<br>_____/ | No.  C 07-06023 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


Dated: _____         _____
                                                                                           Signature

                                                                                           Counsel for _____
                                                                                           (Name or party or indicate "pro se")