

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

633 West Fifth Street
53rd Floor
Los Angeles, California  90071
Telephone:         213.239.9800
Facsimile:           213.239.9045
www.ogletreedeakins.com

February 29, 2008

gregory.cheng@ogletreedeakins.com
Direct Dial: 213.438.1299

**VIA ECF FILING**

Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, U.S. Courthouse
450 Golden Gate Ave.
San Francisco, California  94102-3483

Re:    Zareen Hussain v. Federal Express Corporation, et al.
        USDC, Northern District of California, Case No. CV07-6023 JCS

Dear Judge Spero:

The purpose of this correspondence is to request that the Court allow me to appear telephonically at the Case Management Conference in the above-referenced matter, scheduled for 1:30 p.m., March 7, 2008.  I currently reside and my office is located in Los Angeles, California.  My direct dial is 213-438-1299.  Thank you for your courtesy in this regard.

Sincerely,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Gregory Cheng

Gregory C. Cheng

GCC/lr

cc:    Eugene R. Oreck, Esq. (via Facsimile 510-836-3136)

5533393.1 (OGLETREE)

 Dated:  March 3, 2008

