# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-06023 JCS**

**CASE NAME:  ZAREEN HUSSAIN v. FEDERAL EXPRESS CORP**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: March 7, 2008     **TIME:** 5 min | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Eugene Oreck | **COUNSEL FOR DEFENDANT:**<br>Gregory Cheng (T)* |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Case Management Conference | Held |

**ORDERED AFTER HEARING:**

A joint updated case management conference statement shall be due by 4/11/8.

**NOTES:** Private Mediation set for 4/7/8 with Mediator Barry Winogard.

___

**ORDER TO BE PREPARED BY:**      () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   04/18/08 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** 10/01/08 |
| **Expert Disclosure:** 10/01/08 | **Expert Rebuttal:** 10/15/08 | **Expert Discovery Cutoff:** 10/31/08 |
| **Motions Hearing:** 12/12/08 at 9:30 a.m. | | **Pretrial Conference:** 03/13/09 at 1:30 p.m. |

**Trial Date:**   03/25/09 at 8:30 a.m.  (X)Jury    ()Court      Set for 5 days

**cc:**     Chambers; Karen

* (T) = Telephonic Appearance