Eugene R. Oreck, SBN 67040
Oreck & Oreck
1939 Harrison St., Suite 320
Oakland, CA 94612-4712

**FILED**

MAR X 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAREEN HUSSAIN,

    Plaintiff(s),

    v.

FEDERAL EXPRESS CORP,

    Defendant(s).
_____/

No. C 07-06023 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 3/6/08

Signature

Counsel for Plaintiff
(Name or party or indicate "pro se")

# PROOF OF SERVICE BY MAIL
(Business Practice to Entrust Deposit to Others)
(CCP §1013(a))

Julie Runkle certifies and declares as follows:

I am over the age of 18 years and not a party to this action. My business address is 1939 Harrison Street, Suite 320, Oakland, California, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 7, 2008, at my place of business at Oakland, California, a copy of CLAIM AGAINST THE CITY OF OAKLAND, CALIFORNIA was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, and that envelope was placed for collection and mailing on that date following ordinary business practice, and was addressed to:

Attorneys for FedEx Kinko's Office and Print Services, Inc.
MR GREGORY C CHENG                                213-239-9800 Phone
MR HOWARD L MAGEE                                 213-239-9045 Fax
OGLETREE DEAKINS NASH SMOAK STEWART               Gregory.cheng@ogletreedeakins.com
633 W 5TH ST 53RD FL
LOS ANGELES CA 90071

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 7, 2008.

*Julie Runkle*
Julie Runkle