1  EUGENE R. ORECK, State Bar No. 67040
   orecklaw@sbcglobal.net
2  ORECK & ORECK
   1939 Harrison Street, Suite 320
3  Oakland, California 94512-3532
   Telephone:    (510) 444-1555
4  Facsimile:    (510) 836-3136

5  Attorneys for Plaintiff
   ZAREEN HUSSAIN
6

7  HOWARD L. MAGEE, State Bar No. 185199
   howard.magee@ogletreedeakins.com
8  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
9  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   633 West Fifth Street, 53rd Floor
10 Los Angeles, California 90071
   Telephone:    (213) 239-9800
11 Facsimile:    (213) 239-9045

12 Attorneys for Defendant
   FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

17 | ZAREEN HUSSAIN, | Case No. 3:07-cv-06023-JCS |
18 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE FROM APRIL 18, 2008 TO APRIL 25, 2008** |
19 | v. | |
20 | FEDERAL EXPRESS CORPORATION, FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., DOES 1 TO 30, | Action Filed: July 2, 2007<br>Trial Date:    None set |
21 | | |
22 | Defendants. | |
23

24

25 ///

26 ///

27 ///

28 ///

CASE NO. **3:07-cv-06023-JCST**

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE
MANAGEMENT CONFERENCE FROM APRIL 18, 2008 TO APRIL 25, 2008

6158889_1.DOC

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Zareen Hussain ("Plaintiff") and her attorneys of record, Oreck & Oreck, by Eugene Oreck, attorney at law, and Defendant FedEx Kinko's Office and Print Services, Inc. ("Defendant"), by its attorneys of record Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Gregory C. Cheng, attorney at law, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. **WHEREAS**, a mediation was scheduled for April 7, 2008 before Mediator Barry Winograd;

2. **WHEREAS**, on March 10, 2008, this Court held an Initial Case Management Conference. At the Conference, the Parties informed the Court that a mediation was scheduled for April 7, 2008;

3. **WHEREAS**, this Court scheduled a further Case Management Conference for April 18, 2008 pending the outcome of mediation. The Court also ordered that the Parties file a joint updated Case Management Statement regarding the outcome of the mediation on or before April 11, 2008;

4. **WHEREAS**, Defendant's representative resides in Dallas, Texas. Due to unforeseen circumstances, Defendant's representative is unable to travel to Oakland, California, on April 7, 2008, in order to participate in the mediation. Defendant's representative's attendance at the mediation is vital because Defendant's representative has the authority to resolve this matter;

5. **WHEREAS**, the Parties have rescheduled the mediation with Mr. Winograd to occur on April 21, 2008; and

6. **WHEREAS**, because the mediation has been scheduled on a date after the date set for the further Case Management Conference, the Case Management Conference date and due date to file the joint updated Case Management Statement must be continued.

**NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE** to continue the further Case Management Conference date from

April 18, 2008 to April 25, 2008. The Parties shall submit an updated joint Case Management Conference statement on or before April 23, 2008.

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

DATED: March 19, 2008    LAW OFFICES OF ORECK & ORECK

By: /s/ Eugene Oreck
Eugene R. Oreck
Attorneys for Plaintiff
ZAREEN HUSSAIN

DATED: March 20, 2008    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Gregory Cheng
Gregory C. Cheng
Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

## ORDER

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the further Case Management Conference be continued from April 18, 2008 to April 25, 2008. The Parties shall submit an updated joint Case Management Conference statement on or before April 23, 2008.

DATED: March 20, 2008

The Honorable Joseph C. Spero
Magistrate Judge, United States District Court

**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

    On March 20, 2008, I served the following document(s) described as:

    STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE FROM APRIL 18, 2008 TO APRIL 25, 2008

on the persons below as follows:

Eugene R. Oreck, Esq.                        Counsel for Zareen Hussain
Oreck & Oreck
1939 Harrison St., Suite 320
Oakland, CA 94612-3532

    I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☒    placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

    I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐    (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on March 20, 2008, at Los Angeles, California.

Leticia Rivera                                      /s/ Leticia Rivera
Type Name                                            Signature