1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:   (415) 442-4810
   Facsimile:   (415) 442-4870
6
   Attorneys for Defendant
7  FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAREEN HUSSAIN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., DOES 1 TO 30,<br><br>Defendants. | Case No. 3:07-cv-06023-JCS<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Action Filed:   July 2, 2007<br>Trial Date:   March 25, 2009 |

///
///
///
///
///
///
///
///
///

Notice of Change
of Address (2)

1
NOTICE OF CHANGE OF ADDRESS                    CASE NO. 3:07-cv-06023-JCS

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the address and contact information of counsel of record for Defendant FedEx Kinko's Office and Print Services, Inc. ("Defendant") in the above-referenced matter has changed to the following:

> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> Steuart Tower, Suite 1300
> One Market Plaza
> San Francisco, California 94105
> Telephone:    (415) 442-4810
> Facsimile:    (415) 442-4870

All future notices or correspondence in this action should now be sent to the above address.

DATED: March 31, 2008

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:    /s/ Gregory C. Cheng
       Gregory C. Cheng
Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.