1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
6
   Attorneys for Defendant
7  FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11
   ZAREEN HUSSAIN,                    Case No. 3:07-cv-06023-JCS
12
              Plaintiff,              **PROOF OF SERVICE FOR NOTICE OF**
13                                    **CHANGE OF ADDRESS**
   v.
14                                    Action Filed:   July 2, 2007
   FEDERAL EXPRESS CORPORATION,       Trial Date:     March 25, 2009
15 FEDEX KINKO'S OFFICE AND PRINT
   SERVICES, INC., DOES 1 TO 30,
16
              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
*Hussain v. Fedex Kinko's Office and Print Services, Inc.*
*Case No. 3:07-cv-06023-JCS*

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Francisco in the office of a member of the bar of this court at whose direction the service was made. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

On March 31, 2008, I served a copy of the following document(s):

NOTICE OF CHANGE OF ADDRESS

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached mailing list.

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., San Francisco, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY FACSIMILE** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

  ☐ the written confirmation of counsel in this action:

  ☐ [State Court motion, opposition or reply only] in accordance with Code of Civil Procedure section 1005(b):

  ☐ [Federal Court] in accordance with the written confirmation of counsel in this action and order of the court:

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I

caused the documents to be sent to the person[s] at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Eugene Richard Oreck**
Oreck & Oreck
1939 Harrison Street
Suite 320
Oakland, CA 94612-3532

☐   **(State)**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 31, 2008, at San Francisco, California.

_____           /s/ Abigail J. Harper
Abigail J. Harper                                           Signature

///

///

///

///

///

///

///

///