1  EUGENE R. ORECK, State Bar No. 67040
   orecklaw@sbcglobal.net
2  ORECK & ORECK
   1939 Harrison Street, Suite 320
3  Oakland, California 94512-3532
   Telephone:    (510) 444-1555
4  Facsimile:    (510) 836-3136

5  Attorneys for Plaintiff
   ZAREEN HUSSAIN

6

7  THOMAS M. McINERNEY, State Bar No. 162055
   howard.magee@ogletreedeakins.com
8  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
9  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
10 One Market Plaza
   San Francisco, California 94105
11 Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
12
   Attorneys for Defendant
13 FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17

18 | ZAREEN HUSSAIN, | Case No. 3:07-cv-06023-JCS |
   |---|---|
19 | Plaintiff, | **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT RE FURTHER CASE MANAGEMENT CONFERENCE AND** *NOTICE OF SETTLEMENT* |
20 | v. | |
21 | FEDERAL EXPRESS CORPORATION, FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., DOES 1 TO 30, | Date:    April 25, 2008<br>Time:    1:30 p.m.<br>Place:   Ctrm. A, 15th Floor |
22 | | |
23 | Defendants. | Action Filed: July 2, 2007<br>Trial Date:   March 25, 2009 |
24

25

26 ///

27 ///

28 ///

                                    1.                    CASE NO. **3:07-cv-06023-JCS**

On April 21, 2008, a mediation was held between Plaintiff Zareen Hussain and Defendant FedEx Kinko's Office and Print Services, Inc., before mediator Barry Winograd, Esq.  The mediation was successful and the Parties settled the above-referenced matter in its entirety.  The Parties are currently preparing the confidential settlement and general release agreement.  The Parties further anticipate that a Stipulation re Dismissal with prejudice will be filed shortly.

In light of the settlement, the Parties request that the further Case Management Conference scheduled for Friday, April 25, 2008 be taken off calendar.

DATED: April 22, 2008            LAW OFFICES OF ORECK & ORECK


By:   /s/   Eugene R. Oreck
         Eugene R. Oreck
      Attorneys for Plaintiff
      ZAREEN HUSSAIN


DATED: April 22, 2008            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:   /s/   Gregory C. Cheng
         Gregory C. Cheng
      Attorneys for Defendant
      FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

1                                              CASE NO. **3:07-cv-06023-JCS**
UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT
RE FURTHER CASE MANAGEMENT CONFERENCE AND NOTICE OF SETTLEMENT

FED HUS Updated CMC Statement

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

On April 22, 2008, I served the following document(s) described as:

**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT RE FURTHER CASE MANAGEMENT CONFERENCE AND *NOTICE OF SETTLEMENT***

on the persons below as follows:

Eugene R. Oreck, Esq.                                   Counsel for Zareen Hussain
Oreck & Oreck
1939 Harrison St., Suite 320
Oakland, CA  94612-3532

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☒   placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 22, 2008, at Los Angeles, California.

Jovi Faamaligi                                            /s/ Jovi Faamaligi
Type Name                                                 Signature