1  EUGENE R. ORECK, State Bar No. 67040
   orecklaw@sbcglobal.net
2  ORECK & ORECK
   1939 Harrison Street, Suite 320
3  Oakland, California 94512-3532
   Telephone:    (510) 444-1555
4  Facsimile:    (510) 836-3136

5  Attorneys for Plaintiff
   ZAREEN HUSSAIN
6

7  THOMAS M. McINERNEY, State Bar No. 162055
   howard.magee@ogletreedeakins.com
8  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
9  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
10 One Market Plaza
   San Francisco, California 94105
11 Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
12
   Attorneys for Defendant
13 FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

14                 **UNITED STATES DISTRICT COURT**

15                 **NORTHERN DISTRICT OF CALIFORNIA**

16

17

18 ZAREEN HUSSAIN,                        Case No. 3:07-cv-06023-JCS

19              Plaintiff,               **UPDATED JOINT CASE MANAGEMENT
                                          CONFERENCE STATEMENT RE
20     v.                                 FURTHER CASE MANAGEMENT
                                          CONFERENCE AND** *NOTICE OF
21 FEDERAL EXPRESS CORPORATION,           SETTLEMENT*   **AND ORDER**
   FEDEX KINKO'S OFFICE AND PRINT
22 SERVICES, INC., DOES 1 TO 30,          Date:       April 25, 2008
                                          Time:       1:30 p.m.
23              Defendants.               Place:      Ctrm. A, 15th Floor

24                                        Action Filed: July 2, 2007
                                          Trial Date:   March 25, 2009
25

26 ///

27 ///

28 ///

FED HUS Updated
CMC Statement

1    On April 21, 2008, a mediation was held between Plaintiff Zareen Hussain and Defendant

2    FedEx Kinko's Office and Print Services, Inc., before mediator Barry Winograd, Esq.  The

3    mediation was successful and the Parties settled the above-referenced matter in its entirety.  The

4    Parties are currently preparing the confidential settlement and general release agreement.  The

5    Parties further anticipate that a Stipulation re Dismissal with prejudice will be filed shortly.

6    In light of the settlement, the Parties request that the further Case Management Conference

7    scheduled for Friday, April 25, 2008 be taken off calendar.

8

9    DATED:  April 22, 2008              LAW OFFICES OF ORECK & ORECK

10

11

12   By:____/s/__Eugene R. Oreck_____
                         Eugene R. Oreck

13   Attorneys for Plaintiff
     ZAREEN HUSSAIN

14

15   DATED:  April 22, 2008              OGLETREE, DEAKINS, NASH, SMOAK &
                                         STEWART, P.C.

16

17

18   By:____/s/__Gregory C. Cheng_____
                         Gregory C. Cheng

19   Attorneys for Defendant
     FEDEX KINKO'S OFFICE AND PRINT

20   SERVICES, INC.

21

22   IT IS HEREBY ORDERED that the further case management conference shall be continued to
     June 27, 2008, at 1:30 PM.  Updated joint cmc statement shall be due by June 20, 2008.

23   IT IS SO ORDERED.

24   Dated:  April 23, 2008.

25

26

27

28

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

1                                              CASE NO. **3:07-cv-06023-JCS**

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT
RE FURTHER CASE MANAGEMENT CONFERENCE AND NOTICE OF SETTLEMENT

1

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3       I am employed in the County of Los Angeles, State of California; I am over the age of 18
years and not a party to this action.  My business address is 633 West Fifth Street, 53rd Floor, Los
4       Angeles, California 90071.

5       On April 22, 2008, I served the following document(s) described as:

6

**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT RE FURTHER
CASE MANAGEMENT CONFERENCE AND *NOTICE OF SETTLEMENT***

7

8       on the persons below as follows:

9       Eugene R. Oreck, Esq.                              Counsel for Zareen Hussain
        Oreck & Oreck
10      1939 Harrison St., Suite 320
        Oakland, CA  94612-3532

11

12      I enclosed the documents in a sealed envelope or package addressed to the persons at the
addresses as indicated above and:

13

☒      placed the envelope or package for collection and mailing, following our ordinary business
14              practices.  I am readily familiar with this business's practice for collecting and processing
                correspondence for mailing.  On the same day that correspondence is placed for collection
15              and mailing, it is deposited in the ordinary course of business with the United State Postal
                Service, in a sealed envelope or package with postage fully prepaid.

16
        I am employed in the county where the mailing occurred.  The envelope or package was
17      placed in the mail at Los Angeles, California.

18
        ☐      (State)        I declare under penalty of perjury under the laws of the State of California
19                              that the above is true and correct.

20      ☒      (Federal)      I declare that I am employed in the office of a member of the Bar of this
                                Court at whose direction the service was made.  I declare under penalty of
21                              perjury under the laws of the United States of America that the above is true
                                and correct.

22

        Executed on April 22, 2008, at Los Angeles, California.
23

24      Jovi Faamaligi _____                /s/ Jovi Faamaligi _____
        Type Name                                              Signature

25

26

27

28