1   **IT IS HEREBY STIPULATED** by and between the Parties to this action through
2   their designated counsel that the above-referenced action be and hereby is dismissed, with
3   prejudice, pursuant to FRCP Section 41(a)(1).

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

DATED: April 23, 2008                ORECK & ORECK, ATTORNEYS AT LAW


By:   /s/ Eugene Oreck
            Eugene Oreck
Attorneys for Plaintiff
ZAREEN HUSSAIN


DATED: May 9, 2008                   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:   /s/ Gregory C. Cheng
            Gregory C. Cheng
Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.