# CERTIFICATE OF SERVICE OVERNIGHT DELIVERY COURIER

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

On May 9, 2008, I served the following document(s) described as:

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)**

☒ by enclosing the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as stated below:

Eugene R. Oreck, Esq.  *Counsel for Plaintiff ZAREEN*
Oreck & Oreck  *HUSSAIN*
1939 Harrison St., Suite 320
Oakland, CA 94612-3532

☒ BY FEDERAL EXPRESS*

I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 9, 2008, at San Francisco, California.

Jovania Faamaligi
Type Name                                                Signature

* (BY FEDERAL EXPRESS OR EXPRESS MAIL OR OTHER OVERNIGHT COURIER, SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN DROP BOX OR AT AN OFFICE OR GIVING TO AUTHORIZED COURIER/DRIVER)