1 | THOMAS M. MCINERNEY, State Bar No. 162055
howard.magee@ogletreedeakins.com
2 | GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, California  94105
5 | Telephone:   (415) 442-4810
Facsimile:    (415) 442-4870
6
Attorneys for Defendant
7 | FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZAREEN HUSSAIN,<br><br>            Plaintiff,<br><br>     v.<br><br>FEDERAL EXPRESS CORPORATION, FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., DOES 1 TO 30,<br><br>            Defendants. | Case No. 3:07-cv-06023-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)** |

///

///

///

///

///

///

///

///

///

///