1  THOMAS M. MCINERNEY, State Bar No. 162055
   howard.magee@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:  (415) 442-4810
   Facsimile:  (415) 442-4870
6
   Attorneys for Defendant
7  FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | ZAREEN HUSSAIN,                          | Case No. 3:07-cv-06023-JCS
12 |           Plaintiff,                     | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)**
13 | v.                                       |
14 |                                          |
15 | FEDERAL EXPRESS CORPORATION, FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., DOES 1 TO 30, |
16 |                                          |
17 |           Defendants.                    |

18
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                    1                    CASE NO. 3:07-cv-06023-JCS
       STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)

1    IT IS HEREBY STIPULATED by and between the Parties to this action through
2 their designated counsel that the above-referenced action be and hereby is dismissed, with
3 prejudice, pursuant to FRCP Section 41(a)(1).

4    IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

6  DATED: April 23, 2008                ORECK & ORECK, ATTORNEYS AT LAW

8                                       By: /s/ Eugene Oreck
9                                            Eugene Oreck
                                        Attorneys for Plaintiff
10                                      ZAREEN HUSSAIN

13  DATED: May 9, 2008                  OGLETREE, DEAKINS, NASH, SMOAK &
14                                      STEWART, P.C.

16                                      By: /s/ Gregory C. Cheng
17                                           Gregory C. Cheng
                                        Attorneys for Defendant
18                                      FEDEX KINKO'S OFFICE AND PRINT
19                                      SERVICES, INC.

21  Dated: May 12, 2008



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2                    CASE NO. 3:07-cv-06023-JCS
STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)

# CERTIFICATE OF SERVICE OVERNIGHT DELIVERY COURIER

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

On May 9, 2008, I served the following document(s) described as:

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)**

☒   by enclosing the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as stated below:

Eugene R. Oreck, Esq.                 ***Counsel for Plaintiff ZAREEN***
Oreck & Oreck                          ***HUSSAIN***
1939 Harrison St., Suite 320
Oakland, CA  94612-3532

☒   BY FEDERAL EXPRESS*

I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐   (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 9, 2008, at San Francisco, California.

Jovania Faamaligi
Type Name                                      Signature

*   (BY FEDERAL EXPRESS OR EXPRESS MAIL OR OTHER OVERNIGHT COURIER, SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN DROP BOX OR AT AN OFFICE OR GIVING TO AUTHORIZED COURIER/DRIVER)